JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAMED WORX STUDIO LLC,<br><br>Plaintiff,<br><br>v.<br><br>LA FETE DESIGN, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-09761-JLS-MAR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties (Doc. 32) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

DATED: May 24, 2024

By: _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1